**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Edgar David Avila Tzalam, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| David Wesling et al, | ) |
| | ) |
| Respondents (s). | ) |

Civil Action No. 26-CV-12748-AK

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 11] entered on 7/6/2026, it

is hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 7/14/2026

By the Court,

/s/ Flaviana de Oliveira
Deputy Clerk